United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David B. Pursel  
Maria R. Pursel  
    Debtors

Case No. 18-15400-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David B. Pursel, Maria R. Pursel, 144 Forsythia Lane, Allentown, PA 18104-8545 |
| 14249545 | + | BERKHEIMER ASSOC-Agent UpperMacungieTwp/ParklandSD, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14184215 | + | JPMorgan Chase Bank, National Association, c/o Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14181607 | | Joshua R. Pursel, 144 Forsythia Ln, Allentown, PA 18104-8545 |
| 14181608 | | PA Department of Revenu, Bureau of Individual Taxes, PO Box 281210, Harrisburg, PA 17128-1210 |
| 14181612 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 14181610 | | Penn Credit Union, PO Box 1432 Box 1432, Alexandria, VA 22313-1432 |
| 14181615 | | Upper Macungie Twp., 8330 Schantz Rd, Breinigsville, PA 18031-1510 |
| 14199956 | + | Wells Fargo Bank,NA, c/o Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 30 2023 01:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2023 01:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14181601 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:53 | Brooks Brothers/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14217336 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:25 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14181603 | + | Email/Text: mediamanagers@clientservices.com | Sep 30 2023 01:02:00 | Client Services, Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 14181604 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Comenity Bank/Bonton, PO Box 182125, Columbus, OH 43218-2125 |
| 14181605 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2023 01:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14181606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:10:25 | J.P. Morgan Chase Bank, PO Box 182613, Columbus, OH 43218-2613 |
| 14214088 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:23:46 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14181602 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:10:37 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14447313 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2023 01:10:25 | LVNV Funding LLC, c/o Resurgent Capital |

Case 18-15400-pmm   Doc 56   Filed 10/01/23   Entered 10/02/23 00:31:28   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14181611 | | Email/Text: bkrgeneric@penfed.org | Sep 30 2023 01:02:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 14181609 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:39 | Pay Pal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14183703 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 01:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14546940 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2023 01:03:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14213499 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2023 01:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14216980 | + | Email/Text: bncmail@w-legal.com | Sep 30 2023 01:03:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14181613 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:26 | Shell/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14345896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:23:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14414809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14181614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:52 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14443883 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 30 2023 01:03:00 | Towd Point Mortgage Trust 2019-SJ3, U.S. Bank Nat, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14210553 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:52 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14210710 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:37 | Wells Fargo Bank, N.A., as Servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14181616 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:38 | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
| 14181617 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 30 2023 01:10:25 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor WELLS FARGO BANK  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor David B. Pursel s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| STEPHEN J. PALOPOLI, III | on behalf of Joint Debtor Maria R. Pursel s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David B. Pursel and Maria R. Pursel
    Debtor(s)

Case No: 18−15400−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/29/23

55 − 47
Form 138OBJ