**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David B. Pursel                                     CHAPTER 13
       Maria R. Pursel

            Debtor(s)                                          BKY. NO. 18-15400 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2021-SJ1, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                                        Respectfully submitted,

                              /s/ *Michael Farrington*
                              Michael Farrington
                              29 Sep 2023, 17:13:16, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322