IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| DAVID B PURSEL | : |
| MARIA R PURSEL, | : Bankruptcy No. 18-15400 - PMM |
| Debtor(s) | : Chapter 13 |

## **PRAECIPE**

Please withdraw Document #60 filed on November 7, 2023, Standing Chapter 13 Trustee's Final Report. We received funds in this case after running the final report.

Respectfully submitted,

Date: Novemer 14, 2023

*/s Scott F. Waterman*
Scott F. Waterman
Standing Chapter 13 Trustee – Reading